# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANA GARBER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-6018 |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of September, 2022, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, Plaintiff's Objections thereto, and Defendant's Response thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **DENIED**;

3. Judgment is entered in this matter in favor of Defendant and against Plaintiff; and

4. The Clerk of Court shall mark this case closed.

BY THE COURT:


 /s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**